60  331
66  542

### S. M. Sutherland v. Berkley C. Lawrence.

1. PRACTICE—*Appeals from Justices of the Peace.*—It is error to dismiss an appeal from a justice for want of prosecution, where the bond is filed with the clerk of the Circuit Court, and the appellee is not summoned nor enters his appearance in that court.

Appeal from a Justice of the Peace.—Error to the Circuit Court of Cook County; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the October term, 1895. Reversed and remanded. Opinion filed October 17, 1895.

LYMAN M. PAINE, attorney for plaintiff in error.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

This was an appeal to the Circuit Court from the judgment of a justice.

The bond was filed with the clerk of the Circuit Court. The defendant in error—appellee in the Circuit Court—was not summoned into that court, nor did he there enter any appearance, yet the court, without, so far as the record shows, any motion by anybody, dismissed the appeal for want of prosecution.

This is error. Wollman v. Greshetti, 37 Ill. App. 366. The judgment is reversed and the cause remanded.